UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM E. POWELL,

      Plaintiff,        CASE NO. 2:15-CV-11616
                                JUDGE PAUL D. BORMAN
                                MAGISTRATE JUDGE ANTHONY P. PATTI

  v.

INTERNAL REVENUE SERVICE,

      Defendant.

_____

## ORDER CONSTRUING PLAINTIFF'S SEPTEMBER 28, 2015 MOTION (DE 19) AS A MOTION FOR ENTRY OF A CASE MANAGEMENT SCHEDULING ORDER and GRANTING SUCH MOTION

This case is one of three Plaintiff has filed in this Court against the Internal Revenue Service.[1] Plaintiff filed the instant lawsuit *pro se* on May 5, 2015. (DE 1.) He is proceeding *in forma pauperis*. (*See* DEs 2, 6 & 7.)

This case has been referred to me for all pretrial matters. (*See* DE 13.) Currently before the Court is Plaintiff's September 28, 2015 request for the Court to require a meet and confer report. (DE 19.) In support of his request, Plaintiff cites Fed. R. Civ. P. 26(f) ("Conference of the Parties; Planning for Discovery.") and E.D. Mich. LR 16.3 ("Alternative Dispute Resolution: General Provisions").

---

[1] *See also Powell v. IRS*, Case No. 2:14-cv-12626-SFC-MJH and *Powell v. IRS*, 2:15-cv-11033-PDB-APP.

1

Upon consideration, Plaintiff's September 28, 2015 motion (DE 19) is CONSTRUED as a motion for entry of a case management scheduling order and is GRANTED. Accordingly, the parties shall confer and develop a proposed discovery plan as contemplated by Fed. R. Civ. P. 26(f). This proposed plan shall be filed with the Court no later than Tuesday, November 10, 2015. Once the Court receives the parties' proposed plan, it will enter a case management scheduling order.

**IT IS SO ORDERED.**

Dated: October 28, 2015
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 28, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti